No. 135, Misc.   McGregor v. Ragen, Warden.   ■■■ Certiorari denied.

No. 136, Misc.   Holderfield v. Illinois.   Certiorari denied.

No. 143, Misc.   Canada v. Jones, Warden.   Certiorari denied.

No. 146, Misc.   Price v. Nierstheimer, Warden.   Certiorari denied.

No. 148, Misc.   Seely v. Heinze, Warden.   Certiorari denied.